**Order entered October 7, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00343-CV

### COMMERCE STREET CAPITAL, LLC, Appellant

### V.

### DURANT BANCORP,INC., NAB ACQUISITION CORP., FIRST UNITED BANK & TRUST COMPANY; NORTH AMERICAN BANCSHARES, INC. & AMERICAN BANK OF TEXAS, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14703**

## ORDER

Upon consideration of the briefing and oral argument, we hereby abate and remand this case to the trial court pending entry of a final judgment, to be entered within 30 days of this Order.

/s/    BILL PEDERSEN, III
JUSTICE